**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7684**

CHARLES W. PENLAND, SR.,

                Plaintiff - Appellant,

        v.

CITY OF GREER, South Carolina; KENNETH BOBO, Affiant; MAYOR,
City of Greer,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (6:07-cv-03204-HMH)

Submitted:  December 29, 2008      Decided:  February 18, 2009

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles W. Penland, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. On appeal, Penland has failed to raise any arguments relevant to the district court's reasoning for dismissing his complaint; thus, he has abandoned his claims. Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999); 4th Cir. R. 34(b). Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED